

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00792-CV

**Eugenia  Woodard**

v.

**Fortress Insurance Company and Ronnie Elmore, D.D.S.**

NO. 2014-09985 IN THE 215TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 03/17/2015 | PAID | ANT |
| MT FEE | $10.00 | 01/23/2015 | E-PAID | APE |
| SUPP CLK RECORD | $25.00 | 12/23/2014 | PAID | APE |
| STATEWIDE EFILING | $20.00 | 12/08/2014 | PAID | APE |
| FILING | $174.00 | 12/08/2014 | PAID | ANT |
| FILING | $1.00 | 12/08/2014 | PAID | ANT |
| MT FEE | $10.00 | 12/03/2014 | E-PAID | APE |
| CLK RECORD | $30.00 | 10/08/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $285.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this July 17, 2015.

CHRISTOPHER A. PRINE
CLERK OF THE COURT